UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIE HANMER, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:15-CV-00982-TWP-TAB ) |
| SIMULATIONS & AIRCRAFT SOLUTIONS, LLC, and CHARLES A. ANDERSON, JR. | ) ) ) ) |
|       Defendants. | ) |

**ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT
AGAINST DEFENDANTS SIMULATIONS & AIRCRAFT SOLUTIONS, LLC
AND CHARLES A. ANDERSON, JR.**

Upon consideration of Plaintiff's Motion for Entry of Judgment Against Defendants Simulation & Aircraft Solutions, LLC and Charles A. Anderson, Jr., IT IS ORDERED that the motion is GRANTED.  Judgment is hereby ENTERED IN FAVOR OF Plaintiff Julie Hanmer and AGAINST Defendants Simulation & Aircraft Solutions, LLC and Charles A. Anderson, Jr. in the amount of $65,000.00.

DATED: 5/12/2016

                                              Hon. Tanya Walton Pratt, Judge
                                              United States District Court
                                              Southern District of Indiana

Distribution To:

Philip J. Gibbons, Jr.
phil@gibbonslegalgroup.com

Robert J. Hunt
rob@gibbonslegalgroup.com

Matthew V. Daley
mvdaley@nicelawfirm.com

Michel Rex Padgett
mrpadgett@nicelawfirm.com